Brent P. Ray (*pro hac vice* to be filed)
brent.ray@kirkland.com
Ryan M. Hubbard (*pro hac vice* to be filed)
ryan.hubbard@kirkland.com
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

**Attorneys for Dollar Shave Club, Inc., PayPal, Inc., RetailMeNot, Inc., Shopify (USA) Inc., Shopify, Inc., Strava, Inc., Upwork Global Inc. and Valassis Communications, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,<br>Plaintiffs,<br>v.<br>PAYPAL, INC., a Delaware corporation,<br>Defendant. | Case No.: 5:18-cv-00177-BLF<br>Case No.: 5:18-cv-04626-BLF<br>Case No.: 5:18-cv-04627-BLF<br>Case No.: 5:18-cv-05206-BLF<br>Case No.: 5:18-cv-05373-BLF<br>Case No.: 5:18-cv-05624-BLF<br>Case No.: 5:18-cv-05966-BLF<br><br>**NOTICE TO COURT REGARDING *INTER PARTES* REVIEW OF ASSERTED CLAIMS**<br><br>Hon. Beth Labson Freeman |
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,<br>Plaintiffs,<br>v.<br>SHOPIFY INC., a Canadian corporation, and SHOPIFY (USA) INC., a Delaware corporation,<br>Defendants. | |

NOTICE TO COURT REGARDING *INTER PARTES* REVIEW OF ASSERTED CLAIMS

5:18-md-02834-BLF; 5:18-cv-00177-BLF; 5:18-cv-04626-BLF; 5:18-cv-04627-BLF; 5:18-cv-05206-BLF; 5:18-cv-05373-BLF; 5:18-cv-05624-BLF; 5:18-cv-05966-BLF

PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,

Plaintiffs,

v.

STRAVA, INC., a Delaware corporation,

Defendant.

PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,

Plaintiffs,

v.

VALASSIS COMMUNICATIONS, INC., a Delaware corporation,

Defendant.

PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,

Plaintiffs,

v.

DOLLAR SHAVE CLUB, INC., a Delaware corporation,

Defendant.

PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,

Plaintiffs,

v.

UPWORK GLOBAL INC., a California corporation,

Defendant.

NOTICE TO COURT REGARDING *INTER PARTES* REVIEW OF ASSERTED CLAIMS

5:18-md-02834-BLF; 5:18-cv-00177-BLF; 5:18-cv-04626-BLF; 5:18-cv-04627-BLF; 5:18-cv-05206-BLF; 5:18-cv-05373-BLF; 5:18-cv-05624-BLF; 5:18-cv-05966-BLF

PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,

Plaintiffs,

v.

RETAILMENOT, INC.., a Delaware corporation,

Defendants.

NOTICE TO COURT REGARDING *INTER PARTES* REVIEW OF ASSERTED CLAIMS

5:18-md-02834-BLF; 5:18-cv-00177-BLF; 5:18-cv-04626-BLF; 5:18-cv-04627-BLF; 5:18-cv-05206-BLF; 5:18-cv-05373-BLF; 5:18-cv-05624-BLF; 5:18-cv-05966-BLF

**NOTICE TO COURT REGARDING *INTER PARTES REVIEW* REVIEW PETITIONS COVERING ALL ASSERTED CLAIMS**

Defendants Dollar Shave Club, Inc., PayPal, Inc., RetailMeNot, Inc., Shopify (USA), Inc., Shopify, Inc., Strava, Inc., Upwork Global Inc. and Valassis Communications, Inc. ("Defendants") wish to inform the court of five *inter partes* review (IPR) petitions recently filed before the U.S. Patent Trial and Appeal Board ("PTAB"):

*PayPal, Inc. et al. v. PersonalWeb Technologies, LLC et al.*, IPR2019-01089 (May 14, 2019) - challenging claims 1, 13, 25-27, 29-30, 32, 34-36 and 166 of U.S. Patent No. 8,099,420;

*PayPal, Inc. et al. v. PersonalWeb Technologies, LLC et al.*, IPR2019-01091 (May 14, 2019) - challenging claims 1, 13, 25-27, 29-30, 32, 34-36 and 166 of U.S. Patent No. 8,099,420;

*PayPal, Inc. et al. v. PersonalWeb Technologies, LLC et al.*, IPR2019-01092 (May 14, 2019) - challenging claims 10 and 11 of U.S. Patent No. 6,928,442;

*PayPal, Inc. et al. v. PersonalWeb Technologies, LLC et al.*, IPR2019-01093 (May 14, 2019) - challenging claims 46, 48, 52 and 55 of U.S. Patent No. 7,945,544; and

*PayPal, Inc. et al. v. PersonalWeb Technologies, LLC et al.*, IPR2019-01111 (May 20, 2019) - challenging claims 20 and 69 of U.S. Patent No. 7,802,310.

These IPR petitions cover all patent claims asserted by Plaintiffs in their complaints in these MDL proceedings. The PTAB has not yet taken action in any of the above proceedings.

Should the Court have any questions, counsel for the Defendants would be pleased to address any such questions or address any related issues at the upcoming *Markman* hearing on May 24, or at the Court's convenience thereafter.

NOTICE TO COURT REGARDING *INTER PARTES* REVIEW OF ASSERTED CLAIMS

2

5:18-md-02834-BLF; 5:18-cv-00177-BLF; 5:18-cv-04626-BLF; 5:18-cv-04627-BLF; 5:18-cv-05206-BLF; 5:18-cv-05373-BLF; 5:18-cv-05624-BLF; 5:18-cv-05966-BLF

Dated: May 23, 2019

Respectfully submitted,

*/s/ Brent P. Ray*

Brent P. Ray *(pro hac vice)*
brent.ray@kirkland.com
Ryan M. Hubbard *(pro hac vice)*
ryan.hubbard@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Dollar Shave Club, Inc., PayPal, Inc., RetailMeNot, Inc., Shopify (USA) Inc., Shopify, Inc., Strava, Inc., Upwork Global Inc. and Valassis Communications, Inc.*

NOTICE TO COURT REGARDING *INTER PARTES* REVIEW OF ASSERTED CLAIMS

5

5:18-md-02834-BLF; 5:18-cv-00177-BLF; 5:18-cv-04626-BLF; 5:18-cv-04627-BLF; 5:18-cv-05206-BLF; 5:18-cv-05373-BLF; 5:18-cv-05624-BLF; 5:18-cv-05966-BLF

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/DKT system 23rd day of May, 2019.

*/s/ Brent P. Ray*
Brent P. Ray

NOTICE TO COURT REGARDING *INTER PARTES* REVIEW OF ASSERTED CLAIMS
6
5:18-md-02834-BLF; 5:18-cv-00177-BLF; 5:18-cv-04626-BLF; 5:18-cv-04627-BLF; 5:18-cv-05206-BLF; 5:18-cv-05373-BLF; 5:18-cv-05624-BLF; 5:18-cv-05966-BLF